**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Michael IRBY, Defendant–Appellant.**

No. 14–30331
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2015.

Theodore R. Carter, III, Kevin G. Boitmann, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Michael Irby, Beaumont, TX, pro se.

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Michael Irby has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Irby has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Irby's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), · cert. *denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Irby's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Irby's request to proceed pro se is DENIED as untimely. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.